THOMAS A. ZACCARO (SB# 183241)
thomaszaccaro@paulhastings.com
D. SCOTT CARLTON (SB# 239151)
scottcarlton@paulhastings.com
BRIAN S. KAEWERT (SB# 305140)
briankaewert@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

Attorneys for Non-Party
OFFICIAL COMMITTEE OF
UNSECURED CREDITORS
OF THE COMMONWEALTH
OF ALL TITLE III DEBTORS
(OTHER THAN COFINA AND PBA)
and for Defendant PAUL HASTINGS LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW S. HENNIGAN,<br><br>Plaintiff,<br><br>vs.<br><br>MCKINSEY &CO., INC., *et al.*,<br><br>Defendants. | CASE NO. 2:20-CV-01582-VAP-RAO<br><br>**AMENDED ORDER GRANTING *EX PARTE* APPLICATION OF NON-PARTY OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA AND PBA) AND DEFENDANT PAUL HASTINGS SEEKING AN ORDER (1) SEALING ECF DOCUMENT NOS. 1 AND 1-1, AND (2) DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT**<br><br>Action Filed: February 18, 2020<br><br>Hon. Virginia A. Phillips |

# ORDER

The Court considered the *ex parte* application filed by Non-Party Official Committee of Unsecured Creditors of All Title III Debtors (Other Than COFINA and PBA) and Defendant Paul Hastings LLP seeking an Order (1) sealing ECF Document Nos. 1 and 1-1 and (2) directing Plaintiff to file an amended complaint and, based upon the application and related papers,

It is hereby **ORDERED** that:

1. ECF Document Nos. 1 and 1-1 (*i.e.*, the Complaint) in the above-captioned matter shall be placed under seal;
2. ECF Document Nos. 1 and 1-1 (*i.e.*, the Complaint) in the above-captioned matter shall be removed from the public docket;
3. Plaintiff shall cease efforts to serve the Complaint;
4. Plaintiff shall file an amended complaint that omits privileged and attorney-work product information if he wishes to pursue his claims, **no later than April 17, 2020.**

Dated:  March 27, 2020

_____
The Honorable Virginia A. Phillips
Chief United States District Judge